UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLAUDIA BARBER,<br><br>   *Plaintiff*,<br><br> v.<br><br>DISTRICT OF COLUMBIA, *et al.*<br><br>   *Defendants*. | Civil Action No. 1:17-cv-1860 |

## NOTICE OF REMOVAL

Defendant the District of Columbia (the "District") moves under 28 U.S.C. §§ 1441 and 1446 to remove the above-captioned action from the Superior Court of the District of Columbia (No. 2017 CA 004840 B). The complaint was filed on July 18, 2017 and defendants received the complaint, summons, and initial order on August 17, 2017. Co-defendant Eugene Adams consents to the District's request for removal.

In this action, Plaintiff brings claims of race and sex discrimination and retaliation under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e-1 to 2000e-5 (Title VII), and the District of Columbia Human Rights Act, D.C. Code §§ 2-1402.11 (a) to 2-1402.13 (DCHRA). This Court has jurisdiction over Plaintiff's Title VII claims under 28 U.S.C. § 1331. Plaintiff brings her claims under parallel provisions of Title VII and the DCHRA, accordingly her DCHRA claims arise from the same factual allegations as her Title VII claims. The paragraphs of her complaint stating Plaintiff's Title VII claims are in fact substantively identical to the analogous paragraphs stating her DCHRA claims. *Compare* Pl.'s Compl. at ¶¶ 30, 39 (DCHRA discrimination and retaliation claims, respectively) *with id*. at ¶¶ 47, 56 (Title VII discrimination

and retaliation claims, respectively).  For these reasons, Plaintiff's DCHRA claims form part of the same case or controversy under Article III of the United States Constitution, and this Court can therefore exercise supplemental jurisdiction over her DCHRA claims under 28 U.S.C. § 1367.

Defendants have thirty days after receipt of the complaint, by service or otherwise, to file the notice of removal.  The District received the complaint via email on August 11, 2017.[1]  This removal is therefore timely.  *See* 28 U.S.C. § 1446 (b)(1).  As required by 28 U.S.C. § 1446 (a), copies of all process, pleadings and orders received by undersigned counsel are attached to this Notice.

Date: September 11, 2017            Respectfully submitted,

                                    KARL A. RACINE
                                    Attorney General for the District of Columbia

                                    GEORGE C. VALENTINE
                                    Deputy Attorney General
                                    Civil Litigation Division

                                    *s/ Sarah L. Knapp*
                                    SARAH L. KNAPP [470008]
                                    Chief, Civil Litigation Division, Section III

                                    s/ Kerslyn Featherstone
                                    KERSLYN FEATHERSTONE [478758]
                                    Assistant Attorney General

                                    *s/ Cara J. Spencer*
                                    CARA J. SPENCER [1023182]
                                    Assistant Attorney General
                                    Civil Litigation Division, Section III
                                    441 Fourth Street, NW, Suite 600 South
                                    Washington, D.C.  20001
                                    Phone:  202-442-9754
                                    Fax:  202-741-0431
                                    cara.spencer@dc.gov

---

[1] Defendants waived service on August 17, 2017.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 11, 2017, a copy of the foregoing Notice of Removal was served by electronic mail and first-class mail to:

David A. Branch
Law Office of David A. Branch & Associates, PLLC
1828 L Street, NW, Suite 820
davidbranch@davidbranchlaw.com

*Attorneys for Plaintiff*

        /s/ Cara J. Spencer
        CARA J. SPENCER
        Assistant Attorney General